UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In Re:

CLEMILDA SHARRETT,

    Debtor.                                                         Case No: 21-12104-BFK

NAVY FEDERAL CREDIT UNION,

    Movant,                                                         Chapter 7

v.

CLEMILDA SHARRETT,
H. JASON GOLD, Trustee,

    Respondents.

### ORDER GRANTING RELIEF FROM STAY

Upon consideration of the Motion of Navy Federal Credit Union to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362 is modified to permit the Movant and its successors and assigns to enforce the lien of its Deed of Trust as it

Robyn D. Pepin, VSB #77784
John J. Chappell, III, VSB #88617
Vanessa S. Carter, VSB #86104
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510
757-625-6787
Attorneys for Navy Federal Credit Union

pertains to real property located at 99 Rustic Ridge Rd, Fredericksburg, VA 22405-6033, and is more particularly described as follows:

> ALL THAT CERTAIN LOT OR PARCEL OF LAND, SITUATE, LYING AND BEING IN LEELAND DISTRICT OF STAFFORD COUNTY, VIRGINIA, SHOWN AS PARCEL C-1, CONTAINING 30.2565 ACRES ON THE PLAT OF SUBDIVISION OF THE HILLS OF POTOMAC CREEK MADE BY WEBB AND ASSOCIATES DATED JANUARY 27, 1998, REVISED FEBRUARY 23, 1998 AND RECORDED IN THE CLERK`S OFFICE OF THE CIRCUIT COURT OF STAFFORD COUNTY, VIRGINIA, AS INSTRUMENT #980003447 IN PLAT BOOK 31 AT PAGE 186 AND 187. TOGETHER WITH A NON-EXCLUSIVE VARIABLE WIDTH EASEMENT OF RIGHT OF WAY FOR PURPOSES OF INGRESS AND EGRESS AND FOR THE INSTALLATION AND MAINTENANCE OF UTILITIES TO AND FROM STATE ROUTE 608 AS SHOWN ON THE ABOVE DESCRIBED PLAT OF SURVEY MADE BY WEBB AND ASSOCIATES, THE EASEMENT IS FOR THE BENEFIT OF EASTERN VIRGINIA LAND COMPANY, INC., ITS SUCESSORS AND ASSIGNS AND FOR THE BENEFIT OF LOTS 1, 2-A, 3-A AND 4-A OF THE HILLS OF STAFFORD AND PARCELS A-1, B-1, C-1 OF THE HILLS OF POTOMAC CREEK AS SHOWN ON THE ABOVE DESCRIBED PLAT AND DESCRIBED FULLY IN INSTRUMENT #970007996 (PLAT BOOK 30 AT PAGE 173), RECORDED IN THE STAFFORD COUNTY CLERK`S OFFICE. TOGETHER WITH A NON-EXCLUSIVE VARIABLE WIDTH EASEMENT OF RIGHT OF WAY FOR INGRESSEGRESS ALONG THE NORTHWESTERN BOUNDARIES OF PARCELS B-1 AND C-1 AS SHOWN ON THE AFORESAID PLAT OF WEBB AND ASSOCIATES DATED JANUARY 27, 1998 AND REVISED FEBRUARY 23, 1998 AND RECORDED AS INSTRUMENT #980003447 IN THE AFORESAID CLERK`S OFFICE. Being all of that certain property conveyed to KEVIN JAMES SHARRETT AND CLEMILDA S. SHARRETT, HUSBAND AND WIFE, AS TENANTS BY THE ENTIRETY WITH FULL COMMON LAW RIGHT OF SURVIVORSHIP from KEVIN JAMES SHARRETT, A MARRIED MAN, by deed dated JANUARY 24, 2007 and recorded JANUARY 30, 2007 AS INSTRUMENT NO. LR070001495 of official records.
> APN: 47E-C Commonly known as: 99 RUSTIC RIDGE ROAD, FREDERICKSBURG, VA 22405

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary to obtain possession of the property.

Done at Alexandria, Virginia, this _____ day of _____, 2022.

Dated: Feb 9 2022

/s/ Brian F Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: February 10, 2022

I ask for this:

/s/ Robyn D. Pepin
Robyn D. Pepin, Attorney for Movant

CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form Order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

/s/ Robyn D. Pepin
Robyn D. Pepin

CERTIFICATE

I hereby certify that on February 9, 2022, a true copy of the foregoing Order was mailed, first class, postage prepaid to all necessary parties: Robert R. Weed, Attorney for Debtor, at 13800 Coppermine Rd, Herndon, VA 20171, and to H. Jason Gold, Trustee, at P.O. Box 57359, Washington, DC 20037, and to Clemilda Sharrett, Debtor, at 99 Rustic Ridge Rd, Fredericksburg, VA 22405-6033.

/s/ Robyn D. Pepin
Robyn D. Pepin

PARTIES TO RECEIVE COPIES:

Robert R. Weed, Esquire (Via electronic transmittal)

H. Jason Gold, Esquire (Via electronic transmittal)

Clemilda Sharrett
99 Rustic Ridge Rd
Fredericksburg, VA 22405-6033

Robyn D. Pepin, Esquire (Via electronic transmittal)